STATE OF NEW JERSEY v. ALVIN ANDERSON.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ORLANDO PONTORIERO.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SAUL S. SAFDIEH.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK CALLOWAY.

September 27, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR KING.

September 27, 1988.

Petition for certification denied.